1094

No. 91–950. KOMEN, TRUSTEE IN BANKRUPTCY FOR SHENKER v. ROBBINS ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–953. ANTELOPE VALLEY HOSPITAL DISTRICT v. LANCASTER COMMUNITY HOSPITAL. C. A. 9th Cir. Certiorari denied.

No. 91–954. SANTIAGO v. NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES. C. A. 2d Cir. Certiorari denied.

No. 91–964. DOHERTY v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 91–965. CHRIST COLLEGE, INC., ET AL. v. BOARD OF SUPERVISORS, FAIRFAX COUNTY, VIRGINIA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 91–968. JIM BEAM BRANDS CO. v. BEAMISH & CRAWFORD, LTD. C. A. 2d Cir. Certiorari denied.

No. 91–972. AMERICAN TRAIN DISPATCHERS ASSN. ET AL. v. CSX TRANSPORTATION, INC., ET AL. C. A. D. C. Cir. Certiorari denied.

No. 91–973. ILLINOIS EX REL. BURRIS, ATTORNEY GENERAL OF ILLINOIS v. PANHANDLE EASTERN PIPE LINE CO. C. A. 7th Cir. Certiorari denied.

No. 91–975. SONNENBURG ET AL. v. BAYH, GOVERNOR OF INDIANA, ET AL. Sup. Ct. Ind. Certiorari denied.

No. 91–979. LARSON v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 91–981. CODAY ET AL. v. CITY OF SPRINGFIELD, MISSOURI. C. A. 8th Cir. Certiorari denied.

No. 91–985. ROZBICKI v. STATEWIDE GRIEVANCE COMMITTEE. Sup. Ct. Conn. Certiorari denied.